IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:02CR435
                                )
      v.                        )
                                )
CHARLES MARION,                 )          ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file § 2255 motion (Filing No. 72). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until **Monday, August 22, 2005,** to file his motion pursuant to 28 U.S.C. § 2255.

DATED this 10th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court