IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR435 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES MARION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Karen M. Shanahan to withdraw as counsel of record (Filing No. 78). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Karen M. Shanahan and the office of the Federal Public Defender for the District of Nebraska are permitted to withdraw as counsel of record for defendant in this matter.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court